UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-319-RJC

| | |
|---|---|
| AUSTIN AMOS BYRNSIDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| LOWELL GRIFFIN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court sua sponte.

The pro se Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 addressing incidents that allegedly occurred at the Henderson County Detention Center. [Doc. 1]. The Complaint passed initial review against Defendants Lowell Griffin, Dylan Rollins, Brandon Hemphill, and Cameron Burrell. [Doc. 8]. The United States Marshals Service has returned executed Summonses indicating that the Defendants were served on March 6, 2024. [Doc. 11]. No answer has been filed to date.

The Plaintiff shall take further action to prosecute this action within fourteen (14) days of this Order. Failure to take any such further action shall result in the dismissal of this case without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff shall take further action to prosecute this case within **fourteen (14) days** of this Order. Failure to take any such further action shall result in the dismissal of this case without prejudice.

The Clerk is respectfully instructed to mail copies of this Order to the Plaintiff; to the Defendants at the addresses on the Summonses [see Doc. 11]; and to the Henderson County Sheriff's Office Administration, 100 North Grove Street, Hendersonville, NC 28792.

**IT IS SO ORDERED**.

Signed: April 3, 2024

Robert J. Conrad, Jr.
United States District Judge